# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURK ASHFORD<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC., et al,<br><br>    Defendants. | Case No.: 25-cv-0327-BJC-AHG<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS,**<br><br>**[ECF No. 3]** |

On February 12, 2025, Plaintiff Burk Ashford, filed a Petition for Preliminary Injunction alleging Defendants Google and Yahoo have locked him out of his personal email accounts, and he seeks "unfettered access to his email accounts from wherever he may be." [ECF No. 1.] Plaintiff did not prepay the filing fees required by 28 U.S.C. § 1914(a) at the time of filing; instead, he filed a motion to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). For the reasons stated herein, his motion is **DENIED**.

Generally, all parties instituting a civil action in this court must pay a filing fee. *See* 28 U.S.C. § 1914(a); CivLR 4.5(a). However, pursuant to 28 U.S.C. § 1915(a), the court may authorize the commencement, prosecution, or defense of any suit without payment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets,

showing that he or she is unable to pay filing fees or costs. "An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015). "[A] plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty." *Id.* (internal quotation marks omitted). The granting or denial of leave to proceed IFP in civil cases is within the sound discretion of the district court. *Venerable v. Meyers*, 500 F.2d 1215, 1216 (9th Cir. 1974) (citations omitted).

In his application, Plaintiff states that he has $1,310 in monthly income from Social Security, he has $426.68 in a bank account, and his monthly expenses are $885. Based on Plaintiff's income, expenses, and bank account, it appears that he has funds to pay the filing fee and still "afford the necessities of life." *Escobedo*, 787 F.3d at 1234.

For the foregoing reasons, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's IFP Motion [ECF No. 3.] Plaintiff shall have until **March 18, 2025**, to pay the entire filing fee or file a renewed application to proceed IFP. Failure to pay the filing fee or file a renewed application to proceed IFP will result in this case being closed without further order from the Court.

**IT IS SO ORDERED**.

Dated: February 19, 2025

Honorable Benjamin J. Cheeks
United States District Judge